**Keith Lemont SANDERS,
Plaintiff—Appellant,**

v.

**W. Kimber EXTINE, Deputy Sheriff of York County, Defendant—Appellee.**

No. 03-7928.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2004.

Decided: April 27, 2004.

Keith Lemont Sanders, Appellant pro se.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Lemont Sanders appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanders v. Extine,* No. CA–03–727–2 (E.D. Va. filed Oct. 27, 2003 & entered Oct. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*